# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

No. 1D19-1135

—————————————————

JALEN PATTERSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

—————————————————

On appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

July 24, 2019

PER CURIAM.

AFFIRMED.

WOLF, ROBERTS, and JAY, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Jalen Patterson, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.